UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Maria Marr | ) | BK No.: 11-07033 |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Bruce W. Black |
| | ) | Joliet |
| Debtor(s) | ) | |
| Maria Marr | ) | Adv. No.: 12-00727 |
| | ) | |
| Plaintiff(s) | ) | |
| Key Bank, N.A. | ) | |
| | ) | |
| Defendant(s) | ) | |

**Order of Default Judgment**

THIS CAUSE coming to be heard on Plaintiff's Motion for Entry of Default Judgment against Defendant, Key Bank, N.A., due notice having been given and the Court being fully advised in the premises; IT IS HEREBY ORDERED and ADJUDGED;

A. That Defendant, Key Bank, N.A. is found in default for failure to appear, answer or otherwise respond to Plaintiff's complaint pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55.

B. That Defendant's third mortgage lien is wholly unsecured pursuant to 11 U.S.C §§ 506(a) and (d).

C. That this Court holds that Defendant's secured interest in the property located at 11438 Stratford Road, Mokena, IL is valued at zero and is therefore avoided as a lien/mortgage on aforementioned property.

D. That any allowed claim filed by Defendant or its successors or assigns must be classified as a general unsecured non-priority claim.

E. That Defendant or its successors or assigns must cancel and release its third mortgage lien against aforementioned property upon entry of discharge in the Plaintiff's underlying Chapter 13 case, otherwise known as 12 B 07033.

F. That should Defendant or its successors or assigns not execute and deliver to the Plaintiff a termination agreement, or other document(s) that is or may be required by law to release and discharge its third mortgage lien, the Plaintiff shall be permitted to use this order along with the order of discharge as authorization for termination and release of the third mortgage lien held by Defendant.

G. That should Defendant or its successors or assigns fail to cancel or release their third mortgage lien pursuant to this order, the Court reserves jurisdiction to enforce the terms of this order.

Rev: 20120209_apo

Enter:

*/s/ Bruce W. Black/*

United States Bankruptcy Judge

Dated: 22 JUN 2012

**Prepared by:**

Mohammed Badwan, Esq. # 6299011
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax (630)575-8188

Rev: 20120209_apo